EXHIBIT G-1

| AE Name | Card Approvals | Check Creates | Total Approvals | Card Volume | Check Volume |
|---|---|---|---|---|---|
| JAMES AUGERI | 17 | 0 | 17 | $2,905,000 | $0 |
| LOUIS PUGLISI | 12 | 0 | 12 | $4,670,000 | $0 |
| TRACY O'CONNOR | 6 | 5 | 11 | $2,000,000 | $132,000 |
| KATHLEEN RICE | 8 | 0 | 8 | $1,274,000 | $0 |
| CHERINE MERCIK | 7 | 0 | 7 | $570,000 | $0 |
| HAROLD HELLER | 6 | 0 | 6 | $1,490,000 | $0 |
| MARK COHEN | 6 | 0 | 6 | $416,000 | $0 |
| CHRISTOPHER LILLQUIST | 5 | 0 | 5 | $1,400,000 | $0 |
| DIANE ZITO | 1 | 4 | 5 | $650,000 | $444,000 |
| JONATHAN FINMAN | 5 | 0 | 5 | $815,000 | $0 |
| ALFRED MARTINO | 4 | 0 | 4 | $193,000 | $0 |
| ROBERT RICE | 3 | 0 | 3 | $482,000 | $0 |
| YE HAN | 3 | 0 | 3 | $123,000 | $0 |
| CHRISTOPHER LUPINI | 2 | 0 | 2 | $80,000 | $0 |
| DEREK KAVANAGH | 2 | 0 | 2 | $170,000 | $0 |
| KADEN LEE | 2 | 0 | 2 | $64,000 | $0 |
| CHARLES KEARSE | 1 | 0 | 1 | $81,000 | $0 |
| ELIZABETH JEWETT | 1 | 0 | 1 | $900,000 | $0 |
| LAURA SACHS | 1 | 0 | 1 | $100,000 | $0 |
| TOTAL | 92 | 9 | 101 | $18,383,000 | $576,000 |

| Total volume | Estimated Net POS Revenue |
|---|---|
| $2,905,000 | $3,970 |
| $4,670,000 | $8,403 |
| $2,132,000 | $416 |
| $1,274,000 | $632 |
| $570,000 | $1,754 |
| $1,490,000 | $4,138 |
| $416,000 | $1,412 |
| $1,400,000 | $846 |
| $1,094,000 | $0 |
| $815,000 | $1,536 |
| $193,000 | $910 |
| $462,000 | $773 |
| $123,000 | $497 |
| $80,000 | $346 |
| $170,000 | $0 |
| $64,000 | $0 |
| $81,000 | $0 |
| $900,000 | $0 |
| $100,000 | $517 |
| $18,969,000 | $26,160 |