EXHIBIT G2

WARNING: Data current through / (last update at)

| AE Name | Card Approvals | Check Creates | Total Approvals | Card Volume | Check Volume |
|---|---|---|---|---|---|
| JAMES AUGERI | 32 | 0 | 32 | $3,985,000 | $0 |
| LOUIS PUGLISI | 17 | 0 | 17 | $7,080,000 | $0 |
| CHRISTOPHER LILLQUIST | 11 | 0 | 11 | $2,775,000 | $0 |
| CHERINE MERCIK | 11 | 0 | 11 | $985,000 | $0 |
| KATHLEEN RICE | 11 | 0 | 11 | $1,483,000 | $0 |
| TRACY O'CONNOR | 6 | 5 | 11 | $2,000,000 | $132,000 |
| ALFRED MARTINO | 8 | 0 | 8 | $884,000 | $0 |
| JONATHAN FINNAN | 8 | 0 | 8 | $1,250,000 | $0 |
| DEREK KAVANAGH | 8 | 0 | 8 | $965,000 | $0 |
| MARK COHEN | 7 | 0 | 7 | $704,000 | $0 |
| CHRISTOPHER LUPINI | 7 | 0 | 7 | $955,000 | $0 |
| DIANE ZITO | 1 | 6 | 7 | $650,000 | $0 |
| HAROLD HELLER | 6 | 0 | 6 | $1,490,000 | $468,000 |
| ROBERT RICE | 5 | 0 | 5 | $902,000 | $0 |
| LAURA SACHS | 4 | 0 | 4 | $1,300,000 | $0 |
| YE HAN | 4 | 0 | 4 | $155,000 | $0 |
| ELIZABETH JEWETT | 3 | 0 | 3 | $1,140,000 | $0 |
| KADEN LEE | 3 | 0 | 3 | $264,000 | $0 |
| CHARLES KEARSE | 1 | 0 | 1 | $81,000 | $0 |
| JESSICA FOUNTAIN | 0 | 0 | 0 | $0 | $0 |
| BRUCE JONES | 0 | 0 | 0 | $0 | $0 |
| TOTAL | 153 | 11 | 164 | $29,048,000 | $600,000 |

01.03.44

| Total Volume | Estimated Net POS Revenue | SNAP! Deals |
|---|---|---|
| $3,985,000 | $4,717 | 4 |
| $7,080,000 | $11,371 | 0 |
| $2,775,000 | $3,177 | 0 |
| $985,000 | $1,754 | 6 |
| $1,483,000 | $632 | 10 |
| $2,132,000 | $416 | 0 |
| $884,000 | $1,664 | 8 |
| $1,250,000 | $1,473 | 1 |
| $965,000 | $0 | 1 |
| $704,000 | $1,412 | 3 |
| $955,000 | $484 | 0 |
| $1,118,000 | $89 | 0 |
| $1,490,000 | $4,138 | 0 |
| $902,000 | $641 | 2 |
| $1,300,000 | $517 | 2 |
| $155,000 | $497 | 4 |
| $1,140,000 | $208 | 0 |
| $264,000 | $0 | 3 |
| $81,000 | $0 | 1 |
| $0 | $0 | 0 |
| $0 | $0 | 0 |
| $29,648,000 | $33,190 | 45 |