| EMPL_NAME | SUPERVISOR | IAP Issued (Y or N) | IAP Receipt Date | Outcome |
|---|---|---|---|---|
| | J. Kirkpatrick | N | NA | Term - Misconduct 9/2012 |
| Fountain, Jessica | J. Kirkpatrick | Y | Oct-12 | Term-Perf 2/2013 |
| | J. Kirkpatrick | Y | Oct-12 | Term-Perf 11/2012 |
| | J. Kirkpatrick | Y | Nov-12 | Term-Perf 12/2012 |
| | J. Kirkpatrick | Y | Feb-13 | Term-Perf 4/2013 |
| | J. Kirkpatrick | N | NA | Term-Misconduct 6/2013 |
| | J. Kirkpatrick | Y | May-13 | Resigned 10/2014 |
| | J. Kirkpatrick | Y | Feb-13 | Resigned 1/2014 |
| | J. Kirkpatrick | Y | Oct-13 | Term by different Mgr - Perf 11/2014 |
| | J. Kirkpatrick | Y | Oct-13 | Term-Perf 10/2013 |
| | J. Kirkpatrick | Y | Nov-13 | Resigned 11/2013 |

EXHIBIT 18